

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-13-00395-CR

Rigo **GUERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00042-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

By order dated February 4, 2014, this appeal was abated to the trial court for an abandonment hearing pursuant to TEX. R. APP. P. 38.8(b) because appellant's attorney, Mr. Edward F. Shaughnessy, III, had failed to file the appellant's brief despite being granted three extensions of time to file the brief. On March 14, 2014, the trial court conducted a hearing, and a supplemental reporter's record from the hearing has been filed. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court.

At the conclusion of the abandonment hearing, the trial court found that appellant is indigent and desires to prosecute his appeal. In response to the trial court's inquiry into Mr. Shaughnessy's failure to timely file the brief, Mr. Shaughnessy stated that he had been on vacation and in trial and experienced difficulties with e-filing. The trial court recommended that no sanctions be assessed against Mr. Shaughnessy based on the circumstances.

In an unrelated appeal, this court recently cautioned Mr. Shaughnessy "that, in order to avoid sanctions and possible suspension from practice in this court, he must be more responsive to this court's orders and respectful of its time." Although this court will accept the trial court's recommendation not to impose sanctions in this appeal, Mr. Shaughnessy is again cautioned to be mindful of this court's orders and respectful of its time.

The State's brief must be filed no later than thirty days from the date of this order.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

Keith E. Hottle
Clerk of Court